FILED
AUG - 2 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:18CR00655 CDP/JMB** |
| v. ) | |
| ) | |
| JENNIFER HEDRICK, ) | |
| ) | |
| Defendant. ) | |

### INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about March 5, 2015, within the Eastern District of Missouri, the defendant,

**JENNIFER HEDRICK,**

in a matter within the jurisdiction of the Social Security Administration, a department of the United States, did knowingly and willfully make and cause to be made a false, fictitious, and fraudulent statement and representation as to a material fact and did make and use and cause to be made and used a false document, knowing the same to contain a materially false, fictitious and fraudulent statement, in that, in a document entitled "Representative Payee Report," did state and represent and cause to be stated and represented that her minor child, J.C., had resided with her from October 1, 2013 through September 30, 2014, and as defendant **JENNIFER HEDRICK** well knew, her minor child J.C. had resided with his grandmother during that time.

1

In violation of Title 18, United States Code, Section 1001(a).

## COUNT TWO

The Grand Jury further charges:

On or about January 11, 2016, within the Eastern District of Missouri, the defendant,

**JENNIFER HEDRICK,**

in a matter within the jurisdiction of the United States Department of Agriculture, a department of the United States, did knowingly and willfully make and cause to be made a false, fictitious, and fraudulent statement and representation as to a material fact and did make and use and cause to be made and used a false document, knowing the same to contain a materially false, fictitious and fraudulent statement, in that, in a document entitled "Application for Food Stamp Benefits," did state and represent and cause to be stated and represented that her minor child, J.C., was residing with her, and as defendant **JENNIFER HEDRICK** well knew, her minor child J.C. was residing with his grandmother during that time.

In violation of Title 18, United States Code, Section 1001(a).

2

## COUNT THREE

The Grand Jury further charges:

Between January 1, 2016, and February 28, 2016, within the Eastern District of Missouri, the defendant,

## JENNIFER HEDRICK,

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $1,150.00 in the form of Social Security auxiliary benefit payments, as representative payee for her minor child, J.C., creating a total loss to the government in excess of $1,000.00.

In violation of Title 18, United States Code, Section 641.

## COUNT FOUR

The Grand Jury further charges:

Between February 1, 2016 and February 28, 2017, within the Eastern District of Missouri, the defendant,

## JENNIFER HEDRICK,

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $1,016.00 in the form of Food Stamp benefits, creating a total loss to the government in excess of $1,000.00.

3

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney

4